**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **VINROY W. REID** | ) | **CASE NO. 18-31436** |
| | ) | **CHAPTER 13** |
| Debtor. | ) | |
| | ) | |

**APPLICATION FOR APPROVAL OF FEE DEPOSIT, AND**
**FOR APPROVAL OF FEES EARNED TO DATE**

**COMES NOW** R. Keith Johnson, attorney for the Debtor in this case, and moves the Court, pursuant to Rule 2016-2(e) of this Court, for approval of a fee and costs deposit in the total amount of $10,000.00. Additionally, Movant requests that the Court approve fees earned to date.

Through 3 October 2018, attorney's fees in the amount of $12,550.00 have been earned, as shown on the itemized statement attached hereto. The undersigned prays that the Court approve fees in the total amount of $13,925.00, and costs in the total amount of $335.00, as shown on the itemized statement. The undersigned further requests that the Court authorize approved fees to be paid from the fee deposit, to the extent available.

The undersigned also requests that the Court approve a fee procedure in this case wherein the undersigned will periodically file an application for approval of fees, based on time and expenses.

**WHEREFORE,** the undersigned prays that the Court approve the fee and costs deposit in the total amount of $10,000.00, that the Court approve the payment of fees in this case, to the date of filing of this application, in the amount of $13,925.00, and expenses in the amount of $335.00, and finally that the Court approve a fee procedure in this case wherein the attorney for the Debtor will periodically file application for approval of fees based on time and expenses.

This the 4th day of October, 2018.

*/s/ R. Keith Johnson*
R. Keith Johnson
Attorney for Debtor
NC State Bar No. 8840
1275 Highway 16 South
Stanley, NC 28164
(704)-827-4200

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| Debtor. ) | |
| ) | |

**NOTICE OF OPPORTUNITY FOR HEARING**

    **NOTICE IS HEREBY GIVEN** that R. Keith Johnson, attorney for Debtor, has filed an Application for Approval of Fee Deposit, and for Approval of Fees Earned to Date, a copy of which is enclosed herewith and incorporated by reference. Any party in interest desiring to be heard with regard to said application may request a hearing. Any request for hearing or response shall clearly identify the specific application to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 9013-1. Any response must be in writing and must be filed with the United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina, 28202, on or before fourteen (14) days from the date of this notice, with a copy served on R. Keith Johnson, attorney for Debtor. If a request for hearing is filed, the Court will conduct a hearing on October 23, 2018 at 10:00 a.m. at the Charles R. Jonas Federal Building, Room 1-5, 401 W. Trade Street, Charlotte, North Carolina. If no request for hearing is timely filed, the Court will rule on the application on the basis of the record without a hearing and no further notice will be given.

    This the 4th day of October, 2018.

    */s/ R. Keith Johnson*
    R. Keith Johnson
    Attorney for Debtor
    NC State Bar No. 8840
    1275 Highway 16 South
    Stanley, NC 28164
    (704)-827-4200

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **VINROY W. REID** | ) **CASE NO. 18-31436** |
| | ) **CHAPTER 13** |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Application for Approval of Fee Deposit, and for Approval of Fees Earned to Date and Notice of Opportunity for Hearing for same either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, and to the entire creditor matrix, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Vinroy W. Reid
P. O. Box 5035
Charlotte, NC 28299

Warren L. Tadlock (ECF)
Chapter 13 Trustee

Shelley Abel (ECF)
Bankruptcy Administrator

This the 4th day of October, 2018.

>   */s/ R. Keith Johnson*
>   R. Keith Johnson
>   Attorney for Debtor
>   NC State Bar No. 8840
>   1275 Highway 16 South
>   Stanley, NC 28164
>   (704)-827-4200

R. Keith Johnson, P.A.
1275 Hwy 16 South
Stanley, NC 28164
P- (704)-827-4200
F-(704)-827-4477

                                                   Page: 1

VINROY REID                                                                            10/04/2018
7329 Boswell Rd.                                                     Account No:   319-00M
Charlotte NC 28215                                           Statement No:      650

Interim Statement

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/19/2018 | RKJ | Office conference with Woodman (and Telephone conference with client) regarding information for CH 13 case; Review real property records; Review credit report; Review email regarding questions, etc.; | 500.00 | 2.90 | 1,450.00 |
| 09/20/2018 | RKJ | Legal research ; Further research of real property records; Review credit report; Prepare Schedule D, E, & F; Telephone conference with Michael regarding timing of filing; | 500.00 | 2.80 | 1,400.00 |
| 09/21/2018 | RKJ | Telephone conference with Michael Umberger regarding decision to file Ch 7, and notice to Judge Hoover; Telephone conference with Woodman regarding same; Review email regarding Judge Hoover reaction; | 500.00 | 0.80 | 400.00 |
| 09/23/2018 | RKJ | Legal research regarding application of section 362 automatic stay to LLC defendants in State court matter; | 500.00 | 1.80 | 900.00 |
| 09/24/2018 | RKJ | Attended Mecklenburg County Superior Court regarding extent of automatic stay; Telephone conference with Woodman regarding same; Draft motion to approve fee deposit; | 500.00 | 2.60 | 1,300.00 |
| 09/25/2018 | RKJ | Outside conference with client & Woodman regarding information to complete schedules, strategy as to corporations; | 500.00 | 3.20 | 1,600.00 |
| 09/27/2018 | RKJ | Review real property records and calculate equity in 3 entities; Prepare schedules of values; Draft motion to extend stay to 3 entities; Telephone conference with Woodman regarding properties; | 500.00 | 2.90 | 1,450.00 |
| 09/28/2018 | RKJ | Careful review of Y2 Yoga second amended complaint; Research St. Louis County, MO real property records; Research MO corporate records; Several Telephone conferences with Woodman regarding issues; | 500.00 | 2.90 | 1,450.00 |
| | RKJ | Review Y2 Yoga Supplemental Motion; Telephone conference with Henderson regarding same; Draft objection to hearing issues raised in Supplemental Motion; Review NC Statutes regarding | | | |

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | attachment; | 500.00 | 1.45 | 725.00 |
| 10/01/2018 | RKJ | Telephone conference: Various Telephone conferences with Woodman regarding information of Schedules; Research & Preparation for hearing on motion to extend stay; | 500.00 | 2.80 | 1,400.00 |
| | RKJ | Telephone conference with Chase rep regarding status of loan modification; Prepare letter to Chase regarding authority to proceed; Telephone conference with client & Woodman regarding bank accounts, interest in corporations, etc.; | 500.00 | 0.95 | 475.00 |
| 10/02/2018 | RKJ | Attended hearing on Y2 motion for relief from stay; | 500.00 | 2.75 | 1,375.00 |
| | | For Current Services Rendered | | 27.85 | 13,925.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Keith Johnson | 27.85 | $500.00 | $13,925.00 |

Advances

| Date | Description | Amount |
|---|---|---|
| 09/20/2018 | (miscellaneous advance) - Abacus | 25.00 |
| 09/21/2018 | Filing fee | 310.00 |
| | Total Advances | 335.00 |
| | Total Current Work | 14,260.00 |

```
Label Matrix for local noticing          CHS University Parent Hospital          CHS Urgent Care-Eastland
0419-3                                   c/o PMAB, LLC                           c/o PMAB, LLC
Case 18-31436                            4135 S. Stream Blvd., Ste. 4            4135 S. Stream Blvd., Ste. 4
Western District of North Carolina       Charlotte, NC 28217-4523                Charlotte, NC 28217-4523
Charlotte
Thu Oct  4 16:45:48 EDT 2018

CMG Eastland Urgent Care                 (p)CAPITAL ONE                          Carolina Pathology Clinical
c/o PMAB, LLC                            PO BOX 30285                            c/o Financial Data Systems
4135 S. Stream Blvd., Ste. 4             SALT LAKE CITY UT 84130-0285            1638 Military Cutoff Rd.
Charlotte, NC 28217-4523                                                         Wilmington, NC 28403-5716


Chase                                    Chase                                   Chrysler Capital
710 S. Ash St., Ste. 200                 P. O. Box 24696                         Attn: Bankruptcy Dept.
Glendale, CO 80246-1989                  Columbus, OH 43224-0696                 P. O. Box 961278
                                                                                 Fort Worth, TX 76161-0278


City of Charlotte                        Gillian Shannon Crowl                   Jonathan Blake Davis
P. O. Box 1316                           Swift Currie McGhee Hiers               Shapiro Ingle LLP
Charlotte, NC 28201-1316                 1355 Peachtree St. NE                   10130 Perimeter Parkway
                                         Suite 300                               Suite 400
                                         Atlanta, GA 30309-3238                  Charlotte, NC 28216-0034


Duke Energy                              Duke Vinyl Products, Inc.               Fern E. De Jonge, Esq.
c/o Online Collections                   304 W. 32nd St.                         7718 Flatlands Ave., 2nd Fl.
P. O. Box 1489                           Charlotte, NC 28206-2278                Brooklyn, NY 11236-3528
Winterville, NC 28590-1489


Hazelyn Mills                            James H. Henderson                      Home Depot
7329 Boswell Rd.                         The Henderson Law Firm                  2455 Paces Ferry Rd.
Charlotte, NC 28215-4502                 1120 Greenwood Cliff                    Atlanta, GA 30339-6444
                                         Charlotte, NC 28204-2821


Internal Revenue Service                 JPMorgan Chase Bank, N.A.               JPMorgan Chase Bank, N.A.
P.O. Box 7317                            Jonathan Blake Davis                    P. O. Box 47020
Philadelphia, PA 19101-7317              Shapiro Ingle LLP                       Atlanta, GA 30362-0020
                                         10130 Perimeter Parkway, Suite 400
                                         Charlotte, NC 28216-0034


(c)R. KEITH JOHNSON                      Marty E. King                           Mecklenburg County Tax Collector
1275 S NC 16 BUSINESS HWY                5054 Gatsby Cir.                        Bob Walton Plaza
STANLEY NC  28164-8822                   Rock Hill, SC 29732-7909                700 E. Stonewall St.
                                                                                 Charlotte, NC 28202-2780


Mid-Atlantic Emergency Medical           Miranda Reid                            NY State Dept. of Taxation and Finance
c/o Optimum Outcomes, Inc.               3054 Chaffey Cir.                       Civil Enforcement Division
2651 Warrenville Rd.                     Decatur, GA 30034-4308                  W. A. Harriman Campus
Downers Grove, IL 60515-5544                                                     Albany, NY 12227-0001


North Carolina Department of Revenue     Ocwen                                   Vinroy W. Reid
Bankruptcy Unit                          P. O. Box 24738                         P. O. Box 5035
P.O. Box 1168                            West Palm Beach, FL 33416-4738          Charlotte, NC 28299-5035
Raleigh, NC 27602-1168
```

| | | |
|---|---|---|
| Warren L. Tadlock<br>5970 Fairview Road, Suite 650<br>Charlotte, NC 28210-2100 | Thais Patricia Moran<br>6740 Vernedale Glen Dr.<br>Charlotte, NC 28212-8438 | United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 |
| Verol Reid<br>2556 Brentwood Pl.<br>Charlotte, NC 28208-7048 | WGIV 1370 AM<br>Home Builder<br>9349 China Grove Ch. Rd.<br>Pineville, NC 28134-8531 | Wells Fargo Card Services Visa<br>P. O. Box 10347<br>Des Moines, IA 50306-0347 |
| Y2 Yoga<br>212 S. Tryon St., Ste. 375<br>Charlotte, NC 28281-0033 | Y2 Yoga Cotswold, LLC<br>c/o The Henderson Law Firm<br>1201 Harding Place<br>Charlotte, NC 28204-2826 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr.
Richmond, VA 23238

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

R. Keith Johnson
1275 South Hwy 16
Stanley, NC 28164

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, N.A. | (u)Spend Management Solutions, LLC | End of Label Matrix<br>Mailable recipients  37<br>Bypassed recipients   2<br>Total                39 |