**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| **Debtor.** ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

**COMES NOW** the Debtor, by and through counsel, and moves the Court for an extension of time within which to file remaining schedules and statements in this case.

**WHEREFORE,** the Debtor prays that the Court enter its order to 25 October 2018, the deadline for filing schedules and statements in this case.

This 8th day of October, 2018.

/s/ R. Keith Johnson
R. Keith Johnson,
Attorney for Debtor
NC State Bar No. 8840
1275 Highway 16 South
Stanley, NC 28164
(704)-827-4200