**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 18-31436 |
| VINROY W. REID | ) | CHAPTER 13 |
| DEBTOR | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2586 HEMPHILL ST, CHARLOTTE, NC 28208 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******5692**

NOW COMES JPMorgan Chase Bank, National Association, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Neil D Jonas
Brock and Scott, PLLC
Attorneys at Law
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
ncbkr@brockandscott.com

JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, Ohio 43219

Please take notice that Neil D Jonas hereby appears as counsel for JPMorgan Chase Bank, National Association pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of

the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

                                                  RESPECTFULLY SUBMITTED,

                                                  <u>/s/ Neil D Jonas</u>
Neil D Jonas, Attorney at Law (31622)
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
704-369-0676
704-359-0760
ncbkr@brockandscott.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on October 10, 2018 to the following:

Vinroy W. Reid, Debtor
P. O. Box 5035
Charlotte, NC 28299

Mr. R Keith Johnson, Debtor's Attorney
1275 South Highway 16
Stanley, NC 28164
rkjpa@bellsouth.net

Warren L. Tadlock, Bankruptcy Trustee
5970 Fairview Road, Suite 650
Charlotte, NC 28210

/s/ Neil D Jonas
Neil D Jonas, Attorney at Law (31622)
Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
704-369-0676
704-359-0760
ncbkr@brockandscott.com