UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

Vinroy W. Reid

SSN#: XXX-XX-9436

DEBTOR

Case No: 1831436

Petition File Date: September 21, 2018

Original 341(a) Date: November 06, 2018

Mortgage in Plan

### PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

Debtor                                                      Joint Debtor (None)

Yes [✓] No [ ] Sworn/Affirmed and Examined
Yes [✓] No [ ] Personal Identity Confirmed
Yes [ ] No [✓] SSAN Confirmed
Yes [✓] No [ ] Debtor Certification Signed
Yes [ ] No [✓] 521(e)(2)(A)(i) Tax Return/Transcript
( ____ Not Required to File  ____ Extension Granted)

Debtor Attorney  R KEITH JOHNSON          Present? Yes [✓] No [ ]

Creditors Present? None [✓] _____

Address Change    Yes [ ] No [✓] _____

Employment Change Yes [ ] No [✓] _____

Lis Pendens Yes [ ] No [ ]    DSO Notice Yes [ ] No [ ]    ACP Above [ ] Below [ ]

Plan terms    $1.00    per month for a 100% composition.   Lump Sum Payment _____

[ ] If applicable, debtor consents to plan modification(s).

[ ] Trustee Recommends Confirmation
    [ ] Subject to receipt of first money by _____.
    [ ] Subject to _____

[ ] Trustee does not recommend Confirmation and will file:
    [ ] Objection to Confirmation/Motion to Dismiss _____
    ___Feasibility; ___Good Faith; ___Priority; ___Secured; ___Disposable Income; ___Best Int. of Creditors
    ___1325(a)(9) Taxes
    [ ] Motion to Dismiss/Convert Case _____
    ___Failure to Proceed; ___First Money; ___Failure to Appear; ___Tax Returns 1308; ___521(e)(2)(A)(i); ___Good Faith

[✓] Creditors' Meeting Continued to  November 20, 2018 @ 9:00 AM

[ ] Yes [✓] No  Debtor's Attendance Required at Continued Meeting
    [ ] Subject to receipt of first money by _____.

Remarks/Comments _____

_____

_____

                                                        _____
                                                        Presiding Officer

Local Form 7                                                                                              March 2013

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## *CHARLOTTE* DIVISION

IN THE MATTER OF:                    )
                                     )
Vinroy W. Reid                       )     Case Number 18-31436
                                     )
                                     )
        Debtor(s)                    )

### CHAPTER 13 DEBTOR'S CERTIFICATION AND AFFIDAVIT—§ 341 MEETING

The undersigned, being the Debtor(s) referenced above, do hereby certify under oath administered by the Chapter 13 Trustee at the § 341 meeting of creditors conducted on the date noted below, the following (check the appropriate option and fill in the information requested as needed):

### DOMESTIC SUPPORT OBLIGATION CERTIFICATION

        Male    Female

1.      ( )     ( )     I am <u>not</u> presently required by any voluntary agreement, judicial or administrative order, or statute to pay any domestic support obligation (as defined in 11 U.S.C. § 101(14A)); or,

2.      (X)     ( )     I am required to pay under a voluntary agreement or domestic support order, and the full information as required by law as to the identity of the holder of this claim is already included in my petition, including the name and full mailing address of the holder, and ages and custodian of any children relating to the support order, and,

   a.   (X)     ( )     As of the date of this affidavit, I am current under any obligation created therein, <u>and</u> I agree to notify the Chapter 13 Trustee should I miss any payments due or otherwise become delinquent under any support obligation from this day until my confirmation order is entered.

   b.   ( )     ( )     I am presently in arrears as of the date of this Affidavit as follows:

                ( )     I have only those arrears as listed in my petition, and I am current <u>post-petition</u> through today; or,

                ( )     In addition to any arrears listed in my petition, I have incurred the following <u>post-petition</u> arrearage:

        _____.

### TAX RETURN CERTIFICATION

        Male    Female

1.      ( )     ( )     I was not required to file <u>any</u> Federal, State, or local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

        _____

2.   ( )   ( )   I was not required to file Federal, State, or local tax returns for the following years during the 4-year period ending on the date of the filing of my Chapter 13 petition for the following reason(s):

_____

_____

3.   (X)   ( )   I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, and I have filed all of the returns that I was required to file during that 4-year period.

4.   ( )   ( )   I was required to file Federal, State, and local tax returns for the 4-year period ending on the date of the filing of my Chapter 13 petition, but I have not filed the following required return(s):

_____

_____

## CERTIFICATION OF WAGES

Male    Female

1.   (X)   ( )   My Chapter 13 petition contains valid and accurate information as regards the payment of wages to me by my employer for the 60-day period ending on the date of the filing of my petition, and my petition contains valid and accurate information as to my average income for the six-month period ending on the last day of the calendar month immediately preceding the filing of my petition; or,

2.   ( )   ( )   The information as contained in my petition has changed as follows:

_____

_____

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate, and the Chapter 13 Trustee and the Court may rely on these statements for purposes of determining if confirmation of my proposed Plan is allowed under the provisions of the Bankruptcy Code. Any inaccuracy in this affidavit may be grounds for revocation or denial of my confirmation.

Dated this the 6th day of Nov, 20 18.

_____
Male Debtor

_____
Female Debtor