**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| **Debtor.** ) | |
| ) | |

**SECOND INTERIM APPLICATION OF R. KEITH JOHNSON**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 4, 2018 THROUGH JANUARY 18, 2019**

Name of Applicant:   R. Keith Johnson

Authorized to Provide Professional Services to:   Vinroy W. Reid

Date of Retention:   September 19, 2018

Compensation and reimbursement is sought for the period from October 4, 2018 through January 18, 2019.  R. Keith Johnson has not yet received any payments for services rendered or expenses incurred during this period.

Amount of compensation sought as actual, reasonable, and necessary:   $16,050.00
Amount of expense reimbursement sought as actual, reasonable, and necessary:   $95.79

This is a:   _____ monthly   XXXX interim   _____ final application

If this is not the first application filed, disclose the following for each prior application: None

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 10/4/2018 | 9/19/2018 – 10/3/2018 | $13,925.00 | $335.00 | $13,925.00 | $335.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| **Debtor.** ) | |
| ) | |

**INTERIM APPLICATION OF R. KEITH JOHNSON FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM OCTOBER 4, 2018 THROUGH JANUARY 18, 2019**

Pursuant to sections 330 and 331 under title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the order of this Court entered in this case on 25 October 2018 (docket entry no. 45), R. Keith Johnson ("Johnson") hereby requests that this Court award him reasonable compensation for professional services rendered as counsel to the above-captioned debtor (the "Debtor") in the amount of $16,050.00, together with reimbursement for actual and necessary expenses incurred in the amount of $95.79 for the period commencing October 4, 2018 through January 18, 2019 (the "Fee Period"). In support of this application (the "Application"), Johnson respectfully represents and states as follows:

**BACKGROUND**

1. Johnson was retained to represent the Debtor as counsel to the Debtor in connection with this Chapter 13 case. Johnson agreed to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**COMPENSATION TO BE PAID AND ITS SOURCE**

2. All services for which Johnson requests compensation were performed for or on behalf of the Debtor.

3. Attached hereto as <u>Exhibit A</u> is a detailed statement of fees incurred during the Fee Period, showing the amount of $16,050.00 due for compensation for the various services rendered.

## DISBURSEMENTS

4. Johnson has incurred out-of-pocket disbursements during the Fee Period in the amount of $95.79 and is listed on <u>Exhibit A</u> hereto.

## VALUATION OF SERVICES

5. The nature of the work performed and the cost of these services performed by Johnson is fully set forth in the attached <u>Exhibit A</u>.  The rates charged by Johnson professionals are the normal hourly rates charged by Johnson for work of this character.  In the Debtor's opinion, the reasonable value of the services rendered by Johnson to the Debtor during the Fee Period far exceeds the fees charged by Johnson.

6. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## NOTICE

7. Notice of this Application has been given to (a) the Bankruptcy Administrator for the Western District of North Carolina, (b) all creditors in this case, and (c) those parties requesting notice pursuant to Bankruptcy Rule 2002.

**WHEREFORE,** Johnson requests that allowance be made to him in the sum of $16,050.00 as compensation for necessary professional services rendered to the Debtor for the Fee Period and the sum of $95.79 for reimbursement of actual, necessary costs and expenses incurred

during that period, and further requests such other and further relief as this Court may deem just and proper.

    Dated: This 22nd day of January, 2019

                                                LAW OFFICES OF R. KEITH JOHNSON, P.A.

                                                */s/ R. Keith Johnson*
                                                R. KEITH JOHNSON
                                                NCSB No. 8840
                                                1275 Hwy. 16 South
                                                Stanley, NC 28164
                                                (704) 827-4200
                                                *Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| **Debtor.** ) | |
| ) | |

## NOTICE OF OPPORTUNITY FOR HEARING

PLEASE TAKE NOTICE that R. Keith Johnson, counsel for Vinroy W. Reid (the "Debtor"), has filed a **Second Interim Application for Allowance of Compensation and Reimbursement of Expenses for the Period from October 4, 2018 through January 18, 2019.** R. Keith Johnson is seeking allowance of fees in the total amount of $16,050.00 and expenses in the total amount of $95.79 for the period from October 4, 2018 through January 18, 2019.

PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THIS APPLICATION. YOU SHOULD READ THE APPLICATION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.

PLEASE TAKE FURTHER NOTICE that in order for a hearing to be held on the Application, written responses to the Application, if any, must be filed on or before fifteen (15) days of the date of this notice (the "Response Deadline") in order to be considered. If you do not want the Court to grant the relief requested in the Application, or if you oppose the Application in any way, you <u>MUST:</u>

(1)   File a formal, written response to the Application(s) with the Bankruptcy Court at:

Clerk, United States Bankruptcy Court
Charles R. Jonas Federal Building
401 West Trade Street
P.O. Box 34189
Charlotte, NC 28234-4189

(2)   Serve a copy of your response on all parties in interest, including:

U. S. Bankruptcy Administrator
402 West Trade Street
Charlotte, NC 28202

R. Keith Johnson
Law Offices of R. Keith Johnson, P.A.
1275 Hwy. 16 South
Stanley, NC 28164

5

PLEASE TAKE FURTHER NOTICE that **IF RESPONSES ARE TIMELY FILED, a hearing on the Application will be held on February 12, 2019 at 10:00 a.m. (ET)** before the Honorable Laura T. Beyer in Room 1-5, Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina 28202.

PLEASE TAKE FURTHER NOTICE that, if you or your attorney do not file a written response to the Application on or before the Response Deadline, the Court may grant the relief requested in the Application without a hearing. No further notice of the Application will be given.

Dated: This 22nd day of January, 2019.

        LAW OFFICES OF R. KEITH JOHNSON, P.A.

        */s/ R. Keith Johnson*
        R. KEITH JOHNSON
        NCSB No. 8840
        1275 Hwy. 16 South
        Stanley, NC 28164
        (704) 827-4200
        *Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VINROY W. REID ) | CASE NO. 18-31436 |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Second Interim Application of R. Keith Johnson for Allowance of Compensation and Reimbursement of Expenses and Notice of Opportunity for Hearing for same either electronically or by depositing, enclosed in a postpaid wrapper, properly addressed to the entire creditor matrix of Vinroy W. Reid and to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

Shelley Abel (ECF)
Bankruptcy Administrator

Dated: January 22, 2019

                                                    LAW OFFICES OF R. KEITH JOHNSON, P.A.

                                                    */s/ R. Keith Johnson*
                                                    R. KEITH JOHNSON
                                                    NCSB No. 8840
                                                    1275 Hwy. 16 South
                                                    Stanley, NC 28164
                                                    (704) 827-4200
                                                    *Counsel for the Debtor*

R. Keith Johnson, P.A.
1275 Hwy 16 South
Stanley, NC 28164
P- (704)-827-4200
F-(704)-827-4477

|  |  |
|---|---|
| VINROY REID | Page: 1 |
| 7329 Boswell Rd. | 01/21/2019 |
| Charlotte  NC  28215 | Account No:   319-00M |
|  | Statement No:         679 |

Interim Statement

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 10/04/2018 | RKJ | Review Campbell memo regarding status of trial; Review Henderson's draft of order granting relief from stay; Draft proposed revisions to order; Telephone conference with Woodman regarding strategy; Telephone conference with Woodman & Campbell regarding settlement discussions; | 500.00 | 1.75 | 875.00 |
| 10/16/2018 | RKJ | Telephone conference with Henderson and Woodman regarding settlement negotiations, etc.; | 500.00 | 0.50 | 250.00 |
|  | RKJ | Telephone conference with Woodman regarding settlement possibilities; Analysis of Ivester case; Telephone conference with Woodman regarding same; | 500.00 | 1.50 | 750.00 |
| 10/18/2018 | RKJ | Review and analyze email messages regarding settlement discussions; Several Telephone conference with Woodman regarding same, regarding filing Ch 11 for VR King, etc.; | 500.00 | 0.70 | 350.00 |
| 10/23/2018 | RKJ | Review Policy Release Agreement (Nautilus); Telephone conference with Woodman regarding same; Telephone conference with Woodman and Campbell regarding objecting to attachment; Attend hearing regarding motion to approve fee procedure; | 500.00 | 1.55 | 775.00 |
| 11/01/2018 | RKJ | Review email and responses; Several Telephone conferences with John Woodman regarding various matters; | 500.00 | 1.10 | 550.00 |
| 11/02/2018 | RKJ | Review jury verdict; Telephone conference with Woodman regarding same; Telephone conference with client regarding same; | 500.00 | 0.70 | 350.00 |
| 11/06/2018 | RKJ | Attended 341 Meeting ar Tadlock's office; Telephone conference with Woodman regarding valuation of properties; Review motion for substantive consolidation; | 500.00 | 2.95 | 1,475.00 |
| 11/07/2018 | RKJ | Telephone conference with Woodman & Campbell regarding pre-judgment interest, etc.; Telephone conference with Umberger regarding jury decision; Telephone conference with Woodman regarding joint nature of judgment; | 500.00 | 0.95 | 475.00 |

Case 18-31436    Doc 79    Filed 01/22/19    Entered 01/22/19 09:21:36    Desc Main
                           Document        Page 9 of 13

VINROY REID

Page: 2
01/21/2019
Account No: 319-00M
Statement No: 679

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 11/09/2018 | RKJ | Review email & docs regarding pre-judgment interest in ~~1/2~~ Y2 Yoga judgment; | 500.00 | 0.30 | 150.00 |
| 11/12/2018 | RKJ | Telephone conference with Woodman regarding revisions to motion to consolidate; | 500.00 | 0.25 | 125.00 |
| 11/16/2018 | RKJ | Telephone conference with client regarding Chase Loan modification and Ch 13 plan payment; Prepare letter to Woodman regarding same; Telephone conference with Woodman regarding issues; | 500.00 | 0.75 | 375.00 |
| 11/27/2018 | RKJ | Telephone conference with Woodman regarding preparation of schedules for corp.entities; Attend Show cause hearing in Charlotte; Telephone conference with Woodman, and review of various deeds of trust; | 500.00 | 1.80 | 900.00 |
|  | RKJ | Attended hearing on Court;s order to shoe cause regarding dismissal of case; | 500.00 | 0.80 | 400.00 |
| 11/28/2018 | RKJ | Attended hearing on motion to consolidate 3 corporate cases; Telephone conference with John regarding same, and completion of schedules & Statements; | 500.00 | 1.05 | 525.00 |
| 11/29/2018 | RKJ | Outside conference with client at Woodman's office to complete Ch 13 plan, and statement of Financial Affairs; | 500.00 | 3.40 | 1,700.00 |
| 12/05/2018 | RKJ | Telephone conference with client regarding outcome of hearings on Friday; Telephone conference with Woodman regarding same, and regarding insurance, etc.; Prepare statement of Financial Affairs; Amend schedules B, C, E, I, and J; | 500.00 | 3.30 | 1,650.00 |
| 12/12/2018 | RKJ | Telephone conference with Woodman regarding confirmation process, second payment, etc.; Respond to Vinroy email regarding status of 3 properties; | 500.00 | 0.50 | 250.00 |
| 12/20/2018 | RKJ | Review Campbell email regarding entry of final orders; Review Woodman email in response; Telephone conference with Woodman regarding plan payment, etc.; | 500.00 | 0.70 | 350.00 |
| 12/28/2018 | RKJ | Telephone conference with Grady Ingle regarding status of Chase mortgages, etc.; | 500.00 | 0.30 | 150.00 |
| 12/31/2018 | RKJ | Review claim of New York Dept. of taxation; Telephone conference with Woodman regarding same; | 500.00 | 0.50 | 250.00 |
| 01/02/2019 | RKJ | Telephone conference with client regarding objection to claim of NY tax department; Draft objection to claim; | 500.00 | 0.55 | 275.00 |
| 01/10/2019 | RKJ | Attended continued 341 meeting; Conference with Henderson regarding judgment of Y2 Yoga; | 500.00 | 2.80 | 1,400.00 |
| 01/11/2019 | RKJ | Telephone conference with Woodman and Lilly regarding valuation of real property; Research valuation and deed history regarding |  |  |  |

Case 18-31436    Doc 79    Filed 01/22/19    Entered 01/22/19 09:21:36    Desc Main
VINROY REID                        Document        Page 10 of 13

Page: 3
01/21/2019
Account No:  319-00M
Statement No:       679

|            |     |                                                                                      | Rate   | Hours |           |
|------------|-----|--------------------------------------------------------------------------------------|--------|-------|-----------|
|            |     | 9301 Misenheimer property; Research real property values;                            | 500.00 | 1.45  | 725.00    |
| 01/16/2019 | RKJ | Finish Review of real property records; Draft second application for interim fees;   | 500.00 | 1.95  | 975.00    |
|            |     | For Current Services Rendered                                                        |        | 32.10 | 16,050.00 |

Recapitulation

| Timekeeper       | Hours | Rate     | Total       |
|------------------|-------|----------|-------------|
| R. Keith Johnson | 32.10 | $500.00  | $16,050.00  |

Expenses

| 11/06/2018 | Postage & Copies |        | 1.93  |
|------------|------------------|--------|-------|
| 12/05/2018 | Postage & Copies |        | 90.20 |
| 01/03/2019 | Postage & Copies |        | 3.66  |
|            | Total Expenses   |        | 95.79 |

Total Current Work                                                                                       16,145.79

Balance Due                                                                                           $16,145.79

Billing History

| Fees      | Hours | Expenses | Advances | Finance Charge | Payments |
|-----------|-------|----------|----------|----------------|----------|
| 16,050.00 | 32.10 | 95.79    | 0.00     | 0.00           | 0.00     |

Label Matrix for local noticing
0419-3
Case 18-31436
Western District of North Carolina
Charlotte
Tue Jan 22 09:12:51 EST 2019

CHS University Parent Hospital
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217-4523

CHS Urgent Care-Eastland
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217-4523

CMG Eastland Urgent Care
c/o PMAB, LLC
4135 S. Stream Blvd., Ste. 4
Charlotte, NC 28217-4523

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Carolina Pathology Clinical
c/o Financial Data Systems
1638 Military Cutoff Rd.
Wilmington, NC 28403-5716

Chase
710 S. Ash St., Ste. 200
Glendale, CO 80246-1989

Chase
P. O. Box 24696
Columbus, OH 43224-0696

Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774

Chrysler Capital
Attn: Bankruptcy Dept.
P. O. Box 961278
Fort Worth, TX 76161-0278

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

City of Charlotte
P. O. Box 1316
Charlotte, NC 28201-1316

Gillian Shannon Crowl
Swift Currie McGhee Hiers
1355 Peachtree St. NE
Suite 300
Atlanta, GA 30309-3238

David G. Guidry
Rabon Law Firm, PLLC
225 E Worthington Avenue Suite 100
Charlotte NC 28203-4868

Jonathan Blake Davis
Shapiro Ingle LLP
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216-0034

Duke Energy
c/o Online Collections
P. O. Box 1489
Winterville, NC 28590-1489

Duke Vinyl Products, Inc.
304 W. 32nd St.
Charlotte, NC 28206-2278

Fern E. De Jonge, Esq.
7718 Flatlands Ave., 2nd Fl.
Brooklyn, NY 11236-3528

HSBC Bank USA, National Association
Andrew Lawrence Vining
Shapiro Ingle
10130 Perimeter Parkway, Ste. 400
Charlotte, NC 28216-0034

HSBC Bank USA, National Association
c/o Andrew Lawrence Vining
Shapiro Ingle
10130 Perimeter Parkway, Ste. 400
Charlotte, NC 28216-0034

Hazelyn Mills
7329 Boswell Rd.
Charlotte, NC 28215-4502

James H. Henderson
The Henderson Law Firm
1120 Greenwood Cliff
Charlotte, NC 28204-2821

Home Depot
2455 Paces Ferry Rd.
Atlanta, GA 30339-6444

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, Ohio 43219-6009

JPMorgan Chase Bank, N.A.
Jonathan Blake Davis
Shapiro Ingle LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216-0034

JPMorgan Chase Bank, N.A.
P. O. Box 47020
Atlanta, GA 30362-0020

JPMorgan Chase Bank, National Association
3415 Vision Drive
Columbus, OH 43219-6009

JPMorgan Chase Bank, National Association
Andrew Lawrence Vining
Shapiro Ingle
10130 Perimeter Parkway, Ste. 400
Charlotte, NC 28216-0034

| | | |
|---|---|---|
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Correspondence Mail, Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | (c)R. KEITH JOHNSON<br>1275 S NC 16 BUSINESS HWY<br>STANLEY NC  28164-8822 | Neil D. Jonas<br>Brock & Scott, PLLC<br>8757 Red Oak Blvd<br>Suite 150<br>Charlotte, NC 28217-3977 |
| Marty E. King<br>5054 Gatsby Cir.<br>Rock Hill, SC 29732-7909 | Mecklenburg County Tax Collector<br>Bob Walton Plaza<br>700 E. Stonewall St.<br>Charlotte, NC 28202-2780 | Mid-Atlantic Emergency Medical<br>c/o Optimum Outcomes, Inc.<br>2651 Warrenville Rd.<br>Downers Grove, IL 60515-5544 |
| Miranda Reid<br>3054 Chaffey Cir.<br>Decatur, GA 30034-4308 | NC Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 | NY State Dept. of Taxation and Finance<br>Civil Enforcement Division<br>W. A. Harriman Campus<br>Albany, NY 12227-0001 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Ocwen<br>P. O. Box 24738<br>West Palm Beach, FL 33416-4738 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Vinroy W. Reid<br>P. O. Box 5035<br>Charlotte, NC 28299-5035 | Warren L. Tadlock<br>5970 Fairview Road, Suite 650<br>Charlotte, NC 28210-2100 |
| Thais Patricia Moran<br>6740 Vernedale Glen Dr.<br>Charlotte, NC 28212-8438 | United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 | Verol Reid<br>2556 Brentwood Pl.<br>Charlotte, NC 28208-7048 |
| Andrew Lawrence Vining<br>Shapiro Ingle<br>10130 Perimeter Parkway<br>Ste. 400<br>Charlotte, NC 28216-0034 | WGIV 1370 AM<br>Home Builder<br>9349 China Grove Ch. Rd.<br>Pineville, NC 28134-8531 | Wells Fargo Card Services Visa<br>P. O. Box 10347<br>Des Moines, IA 50306-0347 |
| Y2 Yoga<br>212 S. Tryon St., Ste. 375<br>Charlotte, NC 28281-0033 | Y2 Yoga Cotswold, LLC<br>c/o The Henderson Law Firm<br>1201 Harding Place<br>Charlotte, NC 28204-2826 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One<br>15000 Capital One Dr.<br>Richmond, VA 23238 | Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

R. Keith Johnson
1275 South Hwy 16
Stanley, NC 28164


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)David G Guidry　　　　　　　　　　(u)HSBC Bank USA, National Association, as Tr　　　　(u)JPMorgan Chase Bank, N.A.
Rabon Law Firm, PLLC
225 E Worthington Avenue
Suite 100
Charlotte, NC 28203-4868

(d)Neil D Jonas　　　　　　　　　　(u)Spend Management Solutions, LLC　　　　(d)Warren L. Tadlock
Brock and Scott, PLLC　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5970 Fairview Road, Suite 650
8757 Red Oak Blvd., Suite 150　　　　　　　　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28210-2100
Charlotte, NC 28217-3977


End of Label Matrix
Mailable recipients    52
Bypassed recipients     6
Total                  58