## UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

In Re: Vinroy W. Reid      Chapter 13

Case No. 18-31436

### OBJECTION TO DEBTOR'S COUNSEL'S INTERIM APPLICATION FOR FEES AND EXPENSES

Debtor through Independent Counsel hereby OBJECTS to his Counsel's Interim Application for Fees and Expenses dated January 22, 2019 for the following reasons:

1. Debtor does not recall receiving or signing a Retainer Agreement to hire Counsel at the rate and on the conditions upon which he is being charged;

2. Debtor recalls paying Counsel a $10,000.00 Retainer but he is unsure of what the Retainer covered with the exception of a routine preparation of a Chapter 13 Petition and representation in the Chapter 13 through Plan confirmation which has not yet even occurred;

3. To date, Debtor has been billed approximately $23, 0000.00 and he has not been kept informed of the status of his case. It was his understanding that the Attorney fees for representation in the Chapter 13 would be $5,000.00 at most;

4. Debtor states that he was not aware that he was being billed for representation at the hourly rate of $500.00 until Independent Counsel printed out a copy of the pending Fee Application from Pacer yesterday and showed him a copy;

WHEREFORE, Debtor prays that the Court :

1. Deny R. Keith Johnson's fee application and that Attorney Johnson be required to meet with Debtor and that Debtor be given a full accounting for services rendered.

2. He also moves this Court to require that Attorney Johnson give him copies of any Retainer Agreements or any other documents showing that he agreed to representation in this Chapter 13 under the terms that have now come to light.

3. If the Court find that the fees charged for this Chapter 13 were excessive and unreasonable that Attorney Johnson be required to disgorge any fees he received

which are deemed excessive and inappropriate.

/s/: Verna Bash-Flowers

Verna Bash-Flowers, Esq.

PO Box 927

Lowell, NC 28098 704-691-7220(Phone)

704-691-7321(Fax)

vnclaw.bashflowers@outlook.com

## CERTIFICATE OF SERVICE

The undersigned hereby represents that the foregoing Objection to Debtor's Counsel's Interim Application for Fees and Expenses was served electronically on this 5th day of February, 2019, on the Standing Chapter 13 Trustee, Warren L. Tadlock; US Bankruptcy Administrator; Counsel for Debtor, R. Keith Johnson, and all parties who are entitled to receive electronic notice. It was also mailed to the creditors listed on the attached matrix.

Dated: February 5, 2019

/s/Verna Bash-Flowers
PO Box, 927
Lowell, NC 28098
704-691-7220(Phone)
704-691-7321(Fax)
vnclaw.bashflowers@outlook.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 18-31436<br>Western District of North Carolina<br>Charlotte<br>Tue Feb  5 11:55:22 EST 2019 | CHS University Parent Hospital<br>c/o PMAB, LLC<br>4135 S. Stream Blvd., Ste. 4<br>Charlotte, NC 28217-4523 | CHS Urgent Care-Eastland<br>c/o PMAB, LLC<br>4135 S. Stream Blvd., Ste. 4<br>Charlotte, NC 28217-4523 |
| CMG Eastland Urgent Care<br>c/o PMAB, LLC<br>4135 S. Stream Blvd., Ste. 4<br>Charlotte, NC 28217-4523 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carolina Pathology Clinical<br>c/o Financial Data Systems<br>1638 Military Cutoff Rd.<br>Wilmington, NC 28403-5716 |
| | Chase<br>710 S. Ash St., Ste. 200<br>Glendale, CO 80246-1989 | Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 |
| Chrysler Capital<br>Attn: Bankruptcy Dept.<br>P. O. Box 961278<br>Fort Worth, TX 76161-0278 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | City of Charlotte<br>P. O. Box 1316<br>Charlotte, NC 28201-1316 |
| David G. Guidry<br>Rabon Law Firm, PLLC<br>225 E Worthington Avenue Suite 100<br>Charlotte NC 28203-4868 | Duke Energy<br>c/o Online Collections<br>P. O. Box 1489<br>Winterville, NC 28590-1489 | Duke Vinyl Products, Inc.<br>304 W. 32nd St.<br>Charlotte, NC 28206-2278 |
| Fern E. De Jonge, Esq.<br>7718 Flatlands Ave., 2nd Fl.<br>Brooklyn, NY 11236-3528 | | HSBC Bank USA, National Association<br>Andrew Lawrence Vining<br>Shapiro Ingle<br>10130 Perimeter Parkway, Ste. 400<br>Charlotte, NC 28216-0034 |
| Hazelyn Mills<br>7329 Boswell Rd.<br>Charlotte, NC 28215-4502 | Home Depot<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339-6444 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | |
| Marty E. King<br>5054 Gatsby Cir.<br>Rock Hill, SC 29732-7909 | Mecklenburg County Tax Collector<br>Bob Walton Plaza<br>700 E. Stonewall St.<br>Charlotte, NC 28202-2780 | Mid-Atlantic Emergency Medical<br>c/o Optimum Outcomes, Inc.<br>2651 Warrenville Rd.<br>Downers Grove, IL 60515-5544 |

| | | |
|---|---|---|
| Miranda Reid<br>3054 Chaffey Cir.<br>Decatur, GA 30034-4308 | NC Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 | NY State Dept. of Taxation and Finance<br>Civil Enforcement Division<br>W. A. Harriman Campus<br>Albany, NY 12227-0001 |
| | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Ocwen<br>P. O. Box 24738<br>West Palm Beach, FL 33416-4738 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Thais Patricia Moran<br>6740 Vernedale Glen Dr.<br>Charlotte, NC 28212-8438 |
| Verol Reid<br>2556 Brentwood Pl.<br>Charlotte, NC 28208-7048 | WGIV 1370 AM<br>Home Builder<br>9349 China Grove Ch. Rd.<br>Pineville, NC 28134-8531 | Wells Fargo Card Services Visa<br>P. O. Box 10347<br>Des Moines, IA 50306-0347 |
| Y2 Yoga<br>212 S. Tryon St., Ste. 375<br>Charlotte, NC 28281-0033 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr.<br>Richmond, VA 23238 | Internal Revenue Service<br>320 Federal Place<br>Greensboro, NC 27401 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     0<br>Total                  42 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **VINROY W. REID** ) | **CASE NO. 18-31436** |
| ) | **CHAPTER 13** |
| Debtor. ) | |
| _____) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Verna Bash-Flowers, independent counsel for Vinroy W. Reid (the "Debtor"), has file the following documents:

(1) Motion for Appointment of Independent Counsel for the Sole Purpose of Objecting to Debtor's Interim Application for Attorney Fees and Expenses

(2) Notice of Appearance and Request for Notice and Service of Papers

(3) Objection to Debtor's Counsel's Interim Application for Fees and Expenses

PLEASE TAKE FURTHER NOTICE that a Hearing on these Pleadings is scheduled to be heard on **February 12, 2019** at **10:00 a.m (ET)** before the Honorable Laura T. Beyer in Court Room 1-5, United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina 28202.

Dated: This 5th day of February, 2019.

/s/: Verna Bash-Flowers
Verna Bash-Flowers, Esq.
PO Box 927
Lowell, NC 28092
704-691-7220 (Phone)
704-691-7321 (Fax)
vnclaw.bashflowers@outlook.com