**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **In re:**<br>**VINROY W. REID**<br><br>**Debtor.** | **Case No. 18-31436**<br><br>**Chapter 13** |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES**

PLEASE BE ADVISED that the undersigned appears as the attorney of record for the Debtor, pursuant to Bankruptcy Rule 9010(b) and hereby request that all notices be mailed to counsel.

On this 10th day of April, 2019.

        The Lewis Law Firm, P.A.

        s/Robert Lewis, Jr.
        ROBERT LEWIS, JR.
        Attorney for Debtor(s)
        NC Bar # 35806
        434 Fayetteville Street
        Suite 2330
        Raleigh, NC  27602
        Telephone: 919.719-3906
        Facsimile: 919.573.9161
        rlewis@thelewislawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re:<br>**VINROY W. REID**<br><br>**Debtor.** | Case No. 18-31436<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Robert Lewis, Jr. do hereby certify, under penalty of perjury, that I am of sufficient age to tender service; and that on this day I had served the attached Notice of Appearance, by regular U.S. mail or by Electronic Case Filing System, upon the parties set forth below:

Shelley K. Abel  (sent via electronic filing)
Bankruptcy Administrator

Vinroy Reid
PO B ox 5035
Charlotte, NC 28299

R. Keith Johnson (sent via electronic filing)

James H. Henderson (sent via electronic filing)

Jonathon Blake Davis (sent via electronic filing)

Neil Jonas (sent via electronic filing)

Andrew Lawrence Vining (sent via electronic filing)

On this 10th day of April, 2019.

The Lewis Law Firm, P.A.

s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor(s) NC Bar # 35806
434 Fayetteville Street Suite 2330
Raleigh, NC  27602
Telephone: 919.719-3906
Facsimile: 919.573.9161
rlewis@thelewislawfirm.com