Fill in this information to identify your case and this filing:

| Debtor 1 | **Vinroy** | **W.** | **Reid** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Western District of North Carolina**

Case number    _____18-31436_____

☑ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   | 1.1 | **Rental Property** |
   |---|---|
   | | Street address, if available, or other description |

   **9301 Misenheimer Rd.**

   **Charlotte, NC 28215**
   City                                State        ZIP Code

   **Mecklenburg**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   **2 bedrooms, 1 bath 868 sq. ft**

   **Source of Value:**
   **Appraisal**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the
   entire property?        **$87,000.00**

   Current value of the
   portion you own?        **$87,000.00**

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Fee Simple**

   ☐ **Check if this is community property**
   (see instructions)

Debtor 1    Vinroy          W.          Reid                    Case number (if known) 18-31436
            First Name      Middle Name  Last Name

**1.2**  Rental home owned by VR
         Investments, LLC

Street address, if available, or other
description

**2586 Hemphill St**

**Charlotte, NC 28208-6017**
City            State    ZIP Code

**Mecklenburg**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
**Owned by one of Debtor's Businesses**

Source of Value:
**Tax Value per Mecklenburg County**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the         Current value of the
entire property?             portion you own?
        **$52,400.00**              **$52,400.00**

Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.

**None**

☐ Check if this is community property
   (see instructions)

---

**1.3**  Rental Property Owned by Baranko
         Enterprise, Inc

Street address, if available, or other
description

**9809 E. WT Harris Blvd**

**Charlotte, NC**
City            State    ZIP Code

**Mecklenburg**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
**Property destroyed by fire, owned by debtor's business**

Source of Value:
**Per debtor this was the insurer's valuation of the property**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the         Current value of the
entire property?             portion you own?
        **$400,000.00**             **$400,000.00**

Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.

**None**

☐ Check if this is community property
   (see instructions)

---

**1.4**  Owned by Baranko Enterprise, Inc

Street address, if available, or other
description

**7329 Boswell Rd**

**Charlotte, NC**
City            State    ZIP Code

**Mecklenburg**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
**Owned by Debtor's business**

Source of Value:
**Mecklenburg County Tax Records**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

Current value of the         Current value of the
entire property?             portion you own?
        **$145,000.00**             **$145,000.00**

Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.

**None**

☐ Check if this is community property
   (see instructions)

Debtor 1    **Vinroy**    **W.**    **Reid**      Case number (if known) **18-31436**

First Name      Middle Name      Last Name

---

1.5    **1228 Clanton Rd**

Street address, if available, or other description

**Charlotte, NC 28217-1213**

City      State    ZIP Code

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Source of Value:**
**Tax Land Property Records**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $93,000.00 | $93,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Owned by Baranko**

☐ **Check if this is community property**
(see instructions)

---

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**............................................................................................................ → | **$777,400.00** |

Debtor 1 _____Vinroy_____W._____Reid_____   Case number *(if known)* __18-31436__
First Name        Middle Name        Last Name

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.3 | Make: | Toyota | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   T-100

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:   1994

Approximate mileage:   240000

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200.00 | $200.00 |

☐ **Check if this is community property** (see instructions)

Other information:

NOT REGISTERED
VIN: JT4UD10DOR0003427

If you own or have more than one, list here:

| 3.1 | Make: | Dodge | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   RAM 2500

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:   2014

Approximate mileage:   130,000

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $31,000.00 | $31,000.00 |

☐ **Check if this is community property** (see instructions)

Other information:

Used for business
VIN: 3C6UR5FLXEG181799

| 3.2 | Make: | Nissan | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   Pathfinder

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Year:   2006

Approximate mileage:   130000

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,700.00 | $3,700.00 |

☐ **Check if this is community property** (see instructions)

Other information:

Pathfinder has a blown engine, estimated
repair cost $3,000.00 (REG EXPIRED
10/31/2017)
VIN: 5N1AR18W66C641990

---

Debtor 1   __Vinroy__ ___W.___ ___Reid___
              First Name   Middle Name   Last Name

Case number (if known) 18-31436

---

3.4 Make: __Dodge__

Model: __Caravan__

Year: __2001__

Approximate mileage: __250,000__

Other information:

Vehicle is not running for past 4 years
VIN: 2B4GP443X1R360810

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $200.00

Current value of the portion you own?   $200.00

---

3.5 Make: __Chevrolet__

Model: __3500 RV__

Year: __1989__

Approximate mileage: __75,000__

Other information:

REGISTRATION EXPIRED
10/31/17/FOOD TRUCK
VIN: 1GBJP37WXK3329130

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $15,000.00

Current value of the portion you own?   $7,500.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................................   → $42,600.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   - ☐ No
   - ☑ Yes. Describe........   Beds, Kitchen items (@10 years old)   $1,750.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   - ☐ No
   - ☑ Yes. Describe........   TV, computer, cell phone   $800.00

---

8. **Collectibles of value**

   *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe........    _____

9. **Equipment for sports and hobbies**

   *Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks;
   carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........    _____

10. **Firearms**

    *Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........    _____

11. **Clothes**

    *Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    Misc. articles of clothing and accessories    **$300.00**

12. **Jewelry**

    *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........    Sterling silver rings (2)    **$25.00**

13. **Non-farm animals**

    *Examples:*   Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........    2 dogs and 8 puppies (big dogs mixed breed)    **$200.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** .................................................................................................... ➡    **$3,075.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    Vinroy    W.    Reid      Case number *(if known)* 18-31436

First Name      Middle Name      Last Name

---

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.......................................................................................................................... Cash..............     **$100.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes..................

         Institution name:

17.1. Checking account:    **Wells Fargo**          **unknown**

17.2. Checking account:

17.3. Savings account:

17.4. Savings account:

17.5. Certificates of deposit:

17.6. Other financial account:

17.7. Other financial account:

17.8. Other financial account:

17.9. Other financial account:

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes..................

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them...................

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................

---

Official Form 106A/B          **Schedule A/B: Property**          page 7

Debtor 1    Vinroy    W.    Reid    Case number *(if known)* 18-31436

First Name    Middle Name    Last Name

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account
separately.

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

29. **Family support**

    *Examples:*   Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information..........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*   Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information..........

    _____

31. **Interests in insurance policies**

    *Examples:*   Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes.  Name the insurance company
            of each policy and list its value....

    Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..........

    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*   Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim................

    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim................

    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information..........

    _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................... ➔

$100.00

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe........

_____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☑ Yes. Describe........

Computer and software for VR King Construction, LLC

$100.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
☑ Yes. Describe........

Hand Tools for carpentry

$150.00

41. **Inventory**
☑ No
☐ Yes. Describe........

_____

42. **Interests in partnerships or joint ventures**
☐ No
☑ Yes. Describe........

Name of entity:

% of ownership:

**VR King Construction, LLC A construction company with the following**
**Real Estate Holdings (Property Value received from Mecklenburg**
**County - Property Record Card Property Search): (1) Parcel ID:**
**08113201 ; 1300 Seigle Avenue, Charlotte, NC ; $344,100.00**

100    %

$344,100.00

Debtor 1    Vinroy    W.    Reid      Case number *(if known)* 18-31436

First Name      Middle Name      Last Name

| | | | |
|---|---|---|---|
| **Baranko Enterprise, Inc. Real Estate Holdings include the following properties (Property Values received from Mecklenburg County - Property Record Card Property Search): (1) Parcel ID: 08113404 ; 1205 Allen Street, Charlotte, NC ; $210,400.00 (2) Parcel ID: 11114351 ; 7325 Boswell Road, Charlotte, NC ; $16,000.00 (3) Parcel ID: 11114352 ; 7329 Boswell Road, Charlotte, NC ; 145,900.00 (4) Parcel ID: 11114353 ; 7333 Boswell Road, Charlotte, NC ; $16,000.00 (5) Parcel ID: 11114354 ; 7337 Boswell Road, Charlotte, NC ; $16,000.00 (6) Parcel ID: 11114355 ; 7407 Boswell Road, Charlotte, NC ; $82,100.00 (7) Parcel ID: 11114337 ; 9511 Gwynne Hill Road, Charlotte, NC ; $11,200.00 (8) Parcel ID: 11114335 ; 9512 Gwynne Hill Road, Charlotte, NC ; $74,800.00 (9) Parcel ID: 11114345 ; 9515 Gwynne Circle, Charlotte, NC ; $11,200.00 (10) Parcel ID: 11114336 ; Gwynne Hill Road, Charlotte, NC ; $80,900.00** | 100 | % | $664,500.00 |
| **VR Investments, LLC Investment Real Estate Holdings are as follows (Property Values received from Mecklenburg County - Property Record Card Property Search): (1) Parcel ID: 07504429 ; 161 Catherine Simmons Avenue, Charlotte, NC ; $15,000.00 (2) Parcel ID: 15906178 ; 626 Char Meck Lane, Charlotte, NC ; $542,000.00 (3) Parcel ID: 14511303 ; 1228 Clanton Road, Charlotte, NC ; $93,000.00 (4) Parcel ID: 07504430 ; 1413 Catherine Simmons Avenue, Charlotte, NC ; $107,900.00 (5) Parcel ID: 08116604 ; 1720 Pegram Street, Charlotte, NC ; $127,600.00 (6) Parcel ID: 11708127 ; 2586 Hemphill Street, Charlotte, NC ; $72,000.00 (7) Parcel ID: 06512605 ; 3234 Rozzelles Ferry Road, Charlotte, NC ; $89,400.00 (8) Parcel ID: 13504657 ; 9809 E. W. T. Harris Boulevard, Charlotte, NC ; $147,500.00** | 100 | % | $1,194,400.00 |
| **Mama's Caribbean Grill and Bar, Inc. Debtor sold 75% interest to Island Craze Restaurant, LLC and retained 25% ownership interest** | 25 | % | $47,250.00 |
| **Mama's Caribbean Grill, LLC (Atlanta, GA)** | 50 | % | $50,000.00 |
| **Private Non-Profit Entity. Youth Hope International, Inc.** | 100 | % | unknown |
| | 100 | % | unknown |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☑ No

     ☐ Yes. Describe........

44. **Any business-related property you did not already list**

☐ No

☑ Yes. Give specific information.........

| | |
|---|---|
| **Contractor License (NC and SC)** | $460.00 |

45.    **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................➔ | $2,300,960.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:*    Livestock, poultry, farm-raised fish

☑ No
☐ Yes......................    _____    _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information.............    _____    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes......................    _____    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes......................    _____    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.............    _____    _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................➔    **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:*    Season tickets, country club membership

☐ No
☑ Yes. Give specific information.............

Potential legal claim against Y2 Yoga Cotswold, LLC    **unknown**
Claim filed against GEICO Insurance for damage to 2006 Nissan Pathfinder    **$3,800.00**

54. Add the dollar value of all of your entries from Part 7. Write that number here.......................................➔    **$3,800.00**

Debtor 1      __Vinroy_____ __W._____ __Reid_____      Case number *(if known)* __18-31436__
              First Name        Middle Name        Last Name

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................➔      | $777,400.00 |

56.  **Part 2: Total vehicles, line 5**                            $42,600.00

57.  **Part 3: Total personal and household items, line 15**        $3,075.00

58.  **Part 4: Total financial assets, line 36**                    $100.00

59.  **Part 5: Total business-related property, line 45**        $2,300,960.00

60.  **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61.  **Part 7: Total other property not listed, line 54**   **+**   $3,800.00

62.  **Total personal property.** Add lines 56 through 61...........   | $2,350,535.00 |   Copy personal property total ➔   **+**   | $2,350,535.00 |

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62...........................................................   | $3,127,935.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number (if known) | **18-31436** | | |

☑ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Rental Property 9301 Misenheimer Rd. Charlotte, NC 28215 Line from *Schedule A/B*: 1.1 | $87,000.00 | ☑ $5,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Brief description: 2014 Dodge RAM 2500 VIN: 3C6UR5FLXEG181799 Used for business Line from *Schedule A/B*: 3.1 | $31,000.00 | ☑ $3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>1994 Toyota T-100<br>VIN: JT4UD10DOR0003427 NOT REGISTERED<br><br>Line from *Schedule A/B*:   3.3 | $200.00 | ☑   $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Brief description:<br>Cash<br><br>Line from *Schedule A/B*:   16 | $100.00 | ☑   $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Const. art. X, § 1 |
| Brief description:<br>Hand Tools for carpentry<br><br>Line from *Schedule A/B*:   40.1 | $150.00 | ☑   $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(5) |
| Brief description:<br>Contractor License (NC and SC)<br><br>Line from *Schedule A/B*:   44 | $460.00 | ☑   $460.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(5) |
| Brief description:<br>Potential legal claim against Y2 Yoga Cotswold, LLC<br><br>Line from *Schedule A/B*:   53 | unknown | ☑   unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(8) |
| Brief description:<br>Claim filed against GEICO Insurance for damage to 2006 Nissan Pathfinder<br><br>Line from *Schedule A/B*:   53 | $3,800.00 | ☑   $3,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(8) |

Fill in this information to identify your case:

| Debtor 1 | Vinroy | W. | Reid |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Western District of North Carolina**

Case number    **18-31436**
(if known)

☑ Check if this is an amended filing

# Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** Chase Records Center
Creditor's Name
Attn: Correspondence Mail
Mail Code LA4-5555

700 Kansas Lane
Number          Street

Monroe, LA 71203
City          State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**    $94,105.92    $400,000.00    $0.00

Rental Property Owned by Baranko Enterprise, Inc
9809 E. WT Harris Blvd Charlotte, NC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $94,105.92 |
|---|---|

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**   Chase Records Center
Creditor's Name

Attn: Correspondence Mail
Mail Code LA4-5555

700 Kansas Lane
Number    Street

Monroe, LA 71203
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
10/02/2000

**Describe the property that secures the claim:**

1228 Clanton Rd Charlotte, NC 28217-1213

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $86,800.00   Column B: $93,000.00   Column C: $0.00

---

**2.3**   Chrysler Capital
Creditor's Name

PO Box 961275

Number    Street

Fort Worth, TX 76161
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

2014 Dodge RAM 2500
Used for business

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $13,617.12   Column B: $31,000.00   Column C: $0.00

---

**Remarks:** 120,000 miles

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $100,417.12

Debtor 1    Vinroy     w.     Reid

First Name      Middle Name      Last Name

Case number *(if known)* 18-31436

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.4**   JP Morgan Chase Bank National Association

Creditor's Name

Chase Records Center
Correspondence Mail
Mail Code LA4-5555

&00 Kansas Lane

Number     Street

Monroe, LA 71203

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**     $71,547.93     $52,400.00     $19,147.93

Rental home owned by VR Investments, LLC
2586 Hemphill St Charlotte, NC 28208-6017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

**Remarks:** 2586 Hemphill St, Charlotte, NC Property owned by

---

**2.5**   OCWEN

Creditor's Name

PO Box 24738

Number     Street

West Palm Beach, FL 33416

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
_____

**Describe the property that secures the claim:**     $61,293.04     $145,000.00     $0.00

Owned by Baranko Enterprise, Inc
7329 Boswell Rd Charlotte, NC

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** __ __ __ __

**Remarks:** OCWEN filed a Proof of Claim then withdrew it.

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $132,840.97 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $327,364.01 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number | **18-31436** | | |
| (if known) | | | |

☑ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **IRS Insolvency** | Last 4 digits of account number __9436__ | __unknown__ | __unknown__ | __unknown__ |

| | |
|---|---|
| **IRS Insolvency** | Last 4 digits of account number __9436__ |
| Priority Creditor's Name | When was the debt incurred?    __04/15/2019__ |
| **C/O Tanaya Schiff** | **As of the date you file, the claim is:** Check all that apply. |
| **4905 Koger Blvd Ste 102 Stop 9** | ☐ Contingent |
| Number          Street | ☑ Unliquidated |
| **Greensboro, NC 27407-2703** | ☐ Disputed |
| City                    State        ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the |
| ☐ Debtor 1 and Debtor 2 only | government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were |
| ☐ **Check if this claim is for a community debt** | intoxicated |
| **Is the claim subject to offset?** | ☐ Other. Specify |
| ☑ No | |
| ☐ Yes | |
| **Remarks:** Debtor has filed an extension to file his 2018 tax returns. | |

Debtor 1    Case 18-31436   Doc 148   Filed 06/11/19   Entered 06/11/19 14:27:02   Desc Main
    Vinroy        W.     Reid Document    Page 20 of 48    Case number *(if known)* 18-31436

First Name        Middle Name        Last Name

| Part 1: | Your PRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**NC Department of Revenue**
Priority Creditor's Name

**Attn: Bankruptcy Unit**

**PO Box 1168**
Number     Street

**Raleigh, NC 27602**
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 9436

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Total claim:** unknown    **Priority amount:** unknown    **Nonpriority amount:** unknown

**Remarks:** Debtor has filed for an extension 2018 tax returns.

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.** _____

Nonpriority Creditor's Name

_____
Number     Street

_____

_____
City       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____     _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.** _____

Nonpriority Creditor's Name

_____
Number     Street

_____

_____
City       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____     _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.** _____

Nonpriority Creditor's Name

_____
Number     Street

_____

_____
City       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____     _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| Debtor 1 | Vinroy | W. | Reid | Case number *(if known)* 18-31436 |
| | First Name | Middle Name | Last Name | |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. _____ $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. _____ $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. _____ $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + _____ $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. _____ $0.00 |

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. _____ $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. _____ $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. _____ $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + _____ $0.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. _____ $0.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number | **18-31436** | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name

   _____
   Number        Street

   _____
   City                    State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____ | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| _____ | ☐ Schedule G, line _____ |
| Number        Street | |
| _____ | |
| City                    State        ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number | **18-31436** | | |
| (if known) | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed  ☑ Not Employed | ☐ Employed  ☐ Not Employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____ | _____ |
| | | Number Street | Number Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | City    State    Zip Code | City    State    Zip Code |
| How long employed there? | | _____ | _____ |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1    **Vinroy**      **W.**      **Reid**      Case number *(if known)*   18-31436

First Name     Middle Name     Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.............................................➔ | 4. | $0.00 | $0.00 |
| **5. List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8. List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $850.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: Income from all other sources | 8h. + | $9,525.76 | + $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $10,375.76 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $10,375.76 + | $0.00 =   $10,375.76 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +   $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.   $10,375.76

                                                                           **Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number | **18-31436** | | |
| (if known) | | | |

**Check if this is:**

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Parent | 78 | ☐ No.  ☑ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☑ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $576.24 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $50.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | | Your expenses |
|---|---|---:|

5. **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6. **Utilities:**

   6a. Electricity, heat, natural gas    6a. _____ $350.00

   6b. Water, sewer, garbage collection    6b. _____ $40.00

   6c. Telephone, cell phone, Internet, satellite, and cable services    6c. _____ $219.00

   6d. Other. Specify: _____    6d. _____ $0.00

7. **Food and housekeeping supplies**    7. _____ $516.00

8. **Childcare and children's education costs**    8. _____ $0.00

9. **Clothing, laundry, and dry cleaning**    9. _____ $0.00

10. **Personal care products and services**    10. _____ $0.00

11. **Medical and dental expenses**    11. _____ $0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. _____ $0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ $0.00

14. **Charitable contributions and religious donations**    14. _____ $0.00

15. **Insurance.**

   Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance    15a. _____ $0.00

   15b. Health insurance    15b. _____ $0.00

   15c. Vehicle insurance    15c. _____ $450.00

   15d. Other insurance. Specify: _____    15d. _____ $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. _____ $0.00

17. **Installment or lease payments:**

   17a. Car payments for Vehicle 1    17a. _____ $652.00

   17b. Car payments for Vehicle 2    17b. _____

   17c. Other. Specify: _____    17c. _____

   17d. Other. Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. _____ $0.00

19. **Other payments you make to support others who do not live with you.**
Specify: Voluntary CS for 4 children    19. _____ $1,600.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a. Mortgages on other property    20a. _____ $0.00

   20b. Real estate taxes    20b. _____ $0.00

   20c. Property, homeowner's, or renter's insurance    20c. _____ $0.00

   20d. Maintenance, repair, and upkeep expenses    20d. _____ $0.00

   20e. Homeowner's association or condominium dues    20e. _____ $0.00

Debtor 1    Vinroy                    W.              Reid                                          Case number *(if known)* 18-31436
            First Name          Middle Name          Last Name

| | | |
|---|---|---|
| 21. **Other.** Specify: _____ | 21. | **+** _____ $0.00 |

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                                22a.  _____ $4,453.24

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.              22c.  _____ $4,453.24

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.  _____ $10,375.76

23b. Copy your monthly expenses from line 22c above.                        23b.  **–** _____ $4,453.24

23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*                                23c.  _____ $5,922.52

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

Explain here:
1 child aging out of cCS age; increase in income from construction jobs and restaurant opening in Atlanta, GA (10-15%)

| | Amount |
|---|---|
| 6c. **Telephone, cell phone, Internet, satellite, and cable services** | |
| Cable, Phone, Internet | $99.00 |
| Cell Phone (4) Family Plan | $120.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number | **18-31436** | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. | $777,400.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $2,350,535.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................ | $3,127,935.00 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $327,364.01 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | + $0.00 |
| **Your total liabilities** | $327,364.01 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $10,375.76 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | $4,453.24 |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$10,340.05

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number (if known) | **18-31436** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Vinroy W. Reid
Vinroy W. Reid, Debtor 1

X _____

Date  06/05/2019
MM/  DD/  YYYY

Date _____
MM/  DD/  YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Vinroy** | **W.** | **Reid** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Western District of North Carolina** | |
| Case number (if known) | **18-31436** | | |

☑ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

| Debtor 1 | **Vinroy** | **W.** | **Reid** | | Case number *(if known)* 18-31436 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $84,960.45 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, _2017_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $42,232.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, _2016_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $20,915.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Debtor 1    **Vinroy**        **W.**            **Reid**                    Case number *(if known)* 18-31436
_____    First Name       Middle Name      Last Name

**For last calendar year:**

(January 1 to December 31, _2017_ )
                            YYYY

**For the calendar year before that:**

(January 1 to December 31, _2016_____ )
                            YYYY

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes.    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

|  | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Chrysler Capital<br>Creditor's Name<br><br>PO Box 961275<br><br>Number      Street<br><br>Fort Worth, TX 76161<br>City            State      ZIP Code | 6/18-8/18 | $1,716.00 | $13,617.12 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Chase Records Center<br>Creditor's Name<br><br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br><br>700 Kansas Lane<br>Number      Street<br><br>Monroe, LA 71203<br>City            State      ZIP Code | 6/18-8/18 | $1,350.00 | $86,800.44 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1      **Vinroy**          **W.**          **Reid**                                    Case number *(if known)* 18-31436
              First Name      Middle Name      Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| JP Morgan Chase Bank National Association<br>Creditor's Name<br><br>Chase Records Center<br>Correspondence Mail<br>Mail Code LA4-5555<br><br>&00 Kansas Lane<br>Number    Street<br><br>Monroe, LA 71203<br>City        State    ZIP Code | 6/18-8/18 | $1,373.01 | $71,547.93 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Chase Records Center<br>Creditor's Name<br><br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br><br>700 Kansas Lane<br>Number    Street<br><br>Monroe, LA 71203<br>City        State    ZIP Code | 6/18-8/18 | $2,706.24 | $94,105.92 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| OCWEN<br>Creditor's Name<br>PO Box 24738<br><br><br>Number    Street<br><br>West Palm Beach, FL 33416<br>City        State    ZIP Code | 6/18-8/18 | $1,677.00 | $61,293.04 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| <br>Insider's Name<br><br>Number    Street<br><br>City        State    ZIP Code | | | | |

| Debtor 1 | **Vinroy** | **W.** | **Reid** | | Case number *(if known)* 18-31436 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ | |
| _____<br>Number    Street | _____ | | | |
| _____<br>City          State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title   Y2 Yoga Cotswold, LLC<br>Case number _____ | Breach of Contract, Fraud | Superior Court of The State of North Carolina, Mecklenburg County<br>Court Name<br>Attn: Office of the Clerk<br>832 E. 4th St.<br>Number    Street<br>Charlotte, NC 28202<br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **Vinroy**        **W.**          **Reid**                        Case number *(if known)* 18-31436

First Name        Middle Name    Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name

| Explain what happened |
|---|

Number    Street

❏ Property was repossessed.

❏ Property was foreclosed.

❏ Property was garnished.

City              State    ZIP Code    ❏ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name

Number    Street

City              State    ZIP Code    Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

---

Debtor 1   **Vinroy**          **W.**               **Reid**                              Case number *(if known)* 18-31436
_____
First Name      Middle Name          Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

_____

Person to Whom You Gave the Gift

_____

_____

Number     Street

_____

City                  State    ZIP Code

Person's relationship to you  _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
| --- | --- | --- | --- |
| Youth Hope International, Inc<br>Charity's Name<br><br><br>626 Charmeck Lane<br>Number     Street<br><br>Charlotte, NC 28205<br>City          State    ZIP Code | Food and money | 08/2017 | $10,000.00 |

---

**Part 6:  List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |
| Fire ($265,000.00 damage) | Assurance to issue $204,000.00 towards repairs | 05/20/2018 | $400,000.00 |

| Debtor 1 | **Vinroy** | **W.** | **Reid** | | Case number *(if known)* | 18-31436 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Attorney Verna Bash-Flowers<br>Person Who Was Paid | Attorney's Fee; IOLTA pay pend Crt Approval | | |
| PO Box 927<br>Number    Street | | 5/29/2019 | $2,000.00 |
| | | 05/07/2019 | |
| Gastonia, NC 28054<br>City         State    ZIP Code | | | |
| vnclaw.bashflowers@outlook.com<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Attorney R. Keith Johnson<br>Person Who Was Paid | | | |
| 1275 NC 16<br>Number    Street | | 08/2018 | $12,000.00 |
| Stanley, NC 28164<br>City         State    ZIP Code | | | |
| Email or website address | | | |
| Vinroy W. Reid<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City         State    ZIP Code | | | |

| Debtor 1 | **Vinroy** | **W.** | **Reid** | Case number *(if known)* 18-31436 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1 **Vinroy** **W.** **Reid**  Case number *(if known)* 18-31436

First Name   Middle Name   Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

_____

Name of Financial Institution

XXXX– ___ ___ ___ ___

_____

Number   Street

_____

_____

City   State   ZIP Code

- ☐ Checking
- ☐ Savings
- ☐ Money market
- ☐ Brokerage
- ☐ Other _____

_____   _____

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

_____   _____

Name of Financial Institution   Name

_____   _____

Number   Street   Number   Street

_____   _____

City   State   ZIP Code

City   State   ZIP Code

Do you still have it?
- ☐ No
- ☐ Yes

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

_____   _____

Name of Storage Facility   Name

_____   _____

Number   Street   Number   Street

_____   _____

City   State   ZIP Code

City   State   ZIP Code

Do you still have it?
- ☐ No
- ☐ Yes

| Debtor 1 | **Vinroy** | **W.** | **Reid** | Case number *(if known)* 18-31436 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ Owner's Name | **Number   Street** | | _____ |
| _____ **Number   Street** | _____ **City           State   ZIP Code** | | |
| _____ **City       State   ZIP Code** | | | |

**Part 10:** Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ **Name of site** | _____ **Governmental unit** | | _____ |
| _____ **Number   Street** | _____ **Number   Street** | | |
| _____ **City       State   ZIP Code** | _____ **City       State   ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1     **Vinroy**     **W.**     **Reid**        Case number *(if known)* 18-31436
       First Name      Middle Name      Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number**   **Street** | **Number**   **Street** | | |
| | **City**    **State**   **ZIP Code** | | |
| **City**    **State**   **ZIP Code** | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| **Case title** | **Court Name** | | ☐ Pending |
| | | | ☐ On appeal |
| | **Number**   **Street** | | ☐ Concluded |
| **Case number** | **City**    **State**   **ZIP Code** | | |

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| VR King Construction LLC<br>**Name** | Construction Company | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| 626 Charmeck Lane<br>**Number**   **Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Charlotte, NC 28205<br>**City**     **State**   **ZIP Code** | | From _____ To _____ |

Debtor 1    **Vinroy**              **W.**                    **Reid**                              Case number *(if known)* 18-31436
            First Name              Middle Name              Last Name

| Baranko Enterprise Inc | **Describe the nature of the business** | **Employer Identification number** |
| **Name** | | **Do not include Social Security number or ITIN.** |
| | Real Estate Investment | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State    ZIP Code** | | From _____ To _____ |

| VR Investments, LLC | **Describe the nature of the business** | **Employer Identification number** |
| **Name** | | **Do not include Social Security number or ITIN.** |
| | Real Estate Investment | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State    ZIP Code** | | From _____ To _____ |

| Mama's Caribbean Grill and Bar, Inc | **Describe the nature of the business** | **Employer Identification number** |
| **Name** | | **Do not include Social Security number or ITIN.** |
| | Restaurant | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State    ZIP Code** | | From _____ To _____ |

| Mama's Caribbean Grill, Atlanta LLC | **Describe the nature of the business** | **Employer Identification number** |
| **Name** | | **Do not include Social Security number or ITIN.** |
| | Restaurant | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State    ZIP Code** | | From _____ To _____ |

| Youth Hope International, Ic | **Describe the nature of the business** | **Employer Identification number** |
| **Name** | | **Do not include Social Security number or ITIN.** |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| **Number    Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **City          State    ZIP Code** | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| Debtor 1 | **Vinroy** | **W.** | **Reid** | Case number *(if known)* 18-31436 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | **Date issued** |
|---|---|

VR Investments, LLC
**Name**

_____
**MM / DD / YYYY**

_____
**Number    Street**

_____

_____
**City              State    ZIP Code**

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** _____/s/ Vinroy W. Reid_____     **X** _____
Signature of Vinroy W. Reid, Debtor 1                              Signature of

Date  06/05/2019                                                    Date _____

**Did you attach additional pages to your** *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

IRS Insolvency
C/O Tanaya Schiff
4905 Koger Blvd Ste 102 Stop 9
Greensboro, NC 27407-2703

JP Morgan Chase Bank
National Association
Chase Records Center
Correspondence Mail
Mail Code LA4-5555
&00 Kansas Lane
Monroe, LA 71203

NC Department of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

OCWEN
PO Box 24738
West Palm Beach, FL 33416

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE: **Reid, Vinroy W.**

CASE NO 18-31436

CHAPTER **13**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 06/05/2019 _____    Signature _____ /s/ Vinroy W. Reid _____
                                                                    Vinroy W. Reid, Debtor