FILED & JUDGMENT ENTERED
Steven T. Salata

April 9 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **VINROY W. REID** | ) |
| **SSN: XXX-XX-9436** | ) |
| | ) |
| | ) CASE NO.: 18-31436 |
| | ) CHAPTER 7 |
| **Debtor(s)** | ) |

## EX-PARTE ORDER FOR ENTRY OF LEGAL COUNSEL

This matter is before the Court on an Ex-Parte Motion for an Order for Paolo M. Newman's Entry of Legal Counsel. Based upon the pleading, the Court finds good cause for the granting of the relief requested.

**IT IS THEREFORE ORDERED AJUDGED AND DECREED** that Paolo Malachi Newman Enter as Legal Counsel during the life of this case.

This Order has been signed
electronically. The Judge's signature and
Court seal appear at the top of the Order.

**UNITED STATES BANKRUPTCY COURT**